IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FARMERS COOPERATIVE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. C07-3056-MWB |
| vs. | ) ) | JUDGMENT IN A CIVIL CASE |
| SWIFT PORT COMPANY and LOL FINANCE COMPANY, | ) ) ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Farmers Cooperative Company, take nothing and this action is dismissed.


Dated: March 16, 2009                ROBERT L. PHELPS
                                     Clerk

                                     /s/ des
                                     (By) Deputy Clerk